FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JORDAN JAMES BAKER; ALLISON WALKER BAKER; and CHS, INC., a Minnesota corporation,<br><br>　　　　　　Defendants. | NO: 2:18-CV-298-RMP<br><br>ORDER APPROVING SETTLEMENT AND DISMISSING PLAINTIFF'S CLAIMS |

BEFORE THE COURT is the Settlement of Plaintiff's Claims entered into by the United States of America, on behalf of the Farm Service Agency, United States Department of Agriculture (the "FSA"), Defendant CHS, Inc. ("CHS"), and Defendants Jordan and Allison Baker ("Defendants Baker"). ECF No. 22.

There currently is $173,153.39 held in the Court Registry which represents crop proceeds deposited by former Defendant McCain Foods, USA, Inc. ECF Nos. 5, 6, and 14. Pursuant to the Settlement, the parties agree that the FSA has a perfected priority security interest in the crop proceeds and is entitled to recover

ORDER APPROVING SETTLEMENT AND DISMISSING PLAINTIFF'S CLAIMS ~ 1

$136,304.83 owed to it by Defendants Baker from the funds on deposit. *See* ECF No. 22 at 1.

The Court, therefore, **approves** the stipulated Settlement of Plaintiff's Claims and directs the Clerk of the Court to disburse $136,304.83 from the Court Registry to the FSA in full satisfaction of the debt owed by Defendants Baker, which is the subject of this action. *See* ECF No. 22.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court shall disburse **$136,304.83** to the FSA by issuing a check payable to "United States Department of Justice." The check shall be mailed to counsel for the United States at the following address:

   Brian M. Donovan
   Assistant U.S. Attorney
   United States Attorney's Office, Eastern District of Washington
   P.O. Box 1494
   Spokane, WA 99210

2. Upon disbursement of the agreed-upon amount of funds, the FSA's claims against Defendants Baker and CHS are resolved and, therefore, are **dismissed with prejudice**.

3. All scheduled deadlines and court hearings in this matter are **stricken**.

4. This Order does not affect or waive any rights or claims of Defendants Baker or CHS to the funds remaining on deposit in the Court Registry, and any interest accruing on those funds.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel and the Finance Office, and **close the file** in this case.

**DATED** March 25, 2020.

                                    *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                        United States District Judge